**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF NEVADA, STATE OF NORTH CAROLINA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON**, and **STATE OF WISCONSIN**<br>Plaintiffs,<br>v.<br><br>**PLAYPOWER, INC., PLAYPOWER HOLDINGS, INC., PLATINUM EQUITY ADVISORS, LLC, PLATINUM EQUITY CAPITAL PARTNERS VI, L.P., ADVANCE HOLDINGS II, LLC, BCI ACQUISITIONS, INC., BCI BURKE COMPANY, LLC, BERTRAM GROWTH CAPITAL IV, L.P., BERTRAM GROWTH CAPITAL IV-A, L.P.**, and **BERTRAM CAPITAL MANAGEMENT, LLC**<br>Defendants. | Case No.: 3:26-cv-12072<br><br>**STIPULATION FOR A TEMPORARY RESTRAINING ORDER** |

Plaintiffs the Federal Trade Commission (the "Commission"), the states of Arizona, California, Colorado, Illinois, Nevada, North Carolina, Ohio, Tennessee, Texas, Washington, and Wisconsin, and the Commonwealth of Pennsylvania have filed this action seeking an order permanently enjoining Platinum Equity Advisors, LLC, Platinum Equity Capital Partners VI, L.P., and Advance Holdings II, LLC (collectively, "Platinum Equity") and their entities, including, but not limited to, PlayPower Holdings, Inc. and PlayPower, Inc. and their subsidiaries, (collectively, "PlayPower") from acquiring BCI Acquisitions, Inc. and BCI Burke Company, LLC (collectively, "Burke") from Bertram Growth Capital IV, L.P., Bertram Growth Capital IV-A, L.P., and Bertram Capital Management, LLC (collectively, "Bertram Capital")

(the "Proposed Transaction") in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the FTC Act, 15 U.S.C. § 45. In the absence of temporary relief, Defendants can consummate the Proposed Transaction after 11:59 p.m. Eastern Time on October 23, 2026. However, the Commission and Defendants have stipulated to a temporary restraining order under which Defendants will not consummate the Proposed Transaction until after 11:59 p.m. Eastern Time on the earlier of: (a) the eighth (8th) day following the entry of any judgment that does not prohibit consummation of the Proposed Transaction, or (b) May 3, 2027. Additionally, to facilitate this expedited timeline and pending the Court's availability, the parties will be requesting the beginning of trial no later than March 15, 2027.

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel, that:

1. Defendants shall not consummate the Proposed Transaction until after 11:59 p.m. Eastern Time on the earlier of: (a) the eighth (8th) day following the entry of any judgment from this Court that does not prohibit consummation of the Proposed Transaction, or (b) May 3, 2027.[1]

2. That in connection with the preceding paragraph, Defendants shall take any and all necessary steps to prevent any of its officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Proposed Transaction.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

---

[1] If the eighth (8th) day referenced in the preceding sentence falls on a weekend or federal holiday, then the completion bar shall extend to the next business day in accord with Federal Rule of Civil Procedure 6(a)(1)(C).

DATED: October 20, 2026

Respectfully Submitted,


*/s/ Nathan Brenner*
NATHAN BRENNER (IL Bar No. 6317564)
Chief Trial Counsel
Bureau of Competition

STEPHEN W. RODGER (DC Bar No. 485518)
Deputy Assistant Director
Mergers IV Division

ALBERT TENG (DC Bar No. 1021115)
ALEXANDER BRYSON (VA Bar No. 85737)
ARTHUR DURST (VA Bar No. 87485)
CHRISTOPHER HARRIS (DC Bar No. 1044088)
CLIFFORD HWANG (DC Bar No. 1722045)
DAPHNE LIN (DC Bar No. 1697526)
ERIC OLSON (DC Bar No. 1708530)
HARRIS ROTHMAN (NY Bar No. 5780283)
WILLIAM SOHN (DC Bar No. 1017274)
JEANANN TABBAA (DC Bar No. 1721110)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 876-5626
nbrenner@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

FOR PLAINTIFF STATE OF ARIZONA:

KRISTIN K. MAYES
Attorney General

/s/ Allison Weber
ALLISON WEBER (*pro hac vice* forthcoming)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: allison.weber@azag.gov

*Attorney for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

/s/ *Susan J. Welch*
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
Supervising Deputy Attorney General
SUSAN J. WELCH (SBN 232620)
MATTHEW E. DELGADO (SBN 306999)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7014
Telephone: (415) 510-4400
Email: Susan.Welch@doj.ca.gov
Matthew.Delgado@doj.ca.gov

*Attorneys for Plaintiff State of California*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General of Colorado

/s/ *Aric J. Smith*
ARIC J. SMITH (*pro hac vice* forthcoming)
Assistant Attorney General
BRYN A. WILLIAMS (SBN 301699)
First Assistant Attorney General
Colorado Department of Law
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Aric.Smith@coag.gov
Bryn.Williams@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General of Illinois

/s/ *Elizabeth L. Maxeiner*
ELIZABETH L. MAXEINER (*pro hac vice* forthcoming)
Chief, Antitrust Bureau
PAUL J. HARPER (*pro hac vice* forthcoming)
Supervising Attorney, Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle St., Floor 35
Chicago, IL 60603
Telephone: (773) 590-7935
Email: Elizabeth.maxeiner@ilag.gov
Paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD
Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

*<u>/s/ Lucas J. Tucker</u>*
LUCAS J. TUCKER (*pro hac vice* forthcoming)
Senior Deputy Attorney General
SAMANTHA B. FEELEY (*pro hac vice* forthcoming)
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
Telephone: (775) 684-1100
Email: ltucker@ag.nv.gov
sfeeley@ag.nv.gov

*Attorneys for the State of Nevada*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

JEFF JACKSON
Attorney General of North Carolina

KUNAL CHOKSI
Senior Deputy Attorney General

*<u>/s/ Charles White</u>*
FRANCISCO BENZONI (*pro hac vice* forthcoming)
Special Deputy Attorney General
CHARLES G. WHITE (*pro hac vice* forthcoming)
Assistant Attorney General
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
Email: fbenzoni@ncdoj.gov
cwhite@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OHIO:

D. ANDREW WILSON
Ohio Attorney General

BETH A. FINNERTY
Section Chief, Antitrust Section

/s/ Steven A. Oldham
EDWARD J. OLSZEWSKI (*pro hac vice* forthcoming)
Assistant Section Chief, Antitrust Section
STEVEN A. OLDHAM (*pro hac vice* forthcoming)
Principal Assistant Attorney General, Antitrust Section
30 East Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
Fax: (614) 995-0266
Email: Edward.Olszewski@OhioAGO.gov
Steven.Oldham@OhioAGO.gov

*Attorneys for the State of Ohio*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General

SEAN A. KIRKPATRICK
Executive Deputy Attorney General
Public Protection Division

*/s/ Tracy W. Wertz*
TRACY W. WERTZ (*pro hac vice* forthcoming)
Chief Deputy Attorney General
Antitrust Section
BRANDON S. SPRECHER (*pro hac vice* forthcoming)
Deputy Attorney General
Antitrust Section
Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
Email: bsprecher@attorneygeneral.gov
twertz@attorneygeneral.gov

*Attorneys for the Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF TENNESSEE:

JONATHAN SKRMETTI
Attorney General and Reporter

J. DAVID MCDOWELL
Deputy Attorney General, Antitrust and Scaled Industries Division

/s/ *Tyler T. Corcoran*
TYLER T. CORCORAN (*pro hac vice* forthcoming)
Assistant Attorney General
CHRIS DUNBAR (*pro hac vice* forthcoming)
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
Email: David.McDowell@ag.tn.gov
Tyler.Corcoran@ag.tn.gov
Chris.Dunbar@ag.tn.gov

*Attorneys for the State of Tennessee*

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

WILLIAM D. WASSDORF
Deputy Attorney General for Civil Litigation

THOMAS D. YORK
Chief, Antitrust Division

*/s/ Joshua Ciampi*
Joshua Ciampi (*pro hac vice* forthcoming)
Assistant Attorney General, Antitrust Division
William Shieber (*pro hac vice* forthcoming)
Senior Staff Attorney, Antitrust Division
Bao Cuong Pham (*pro hac vice* forthcoming)
Assistant Attorney General, Antitrust Division
Office of the Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1162
Fax: (512) 473-8301
Email: Thomas.York@oag.texas.gov
Josh.Ciampi@oag.texas.gov
William.Shieber@oag.texas.gov
Cuong.Pham@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

FOR PLAINTIFF STATE OF WISCONSIN:

JOSHUA KAUL
Attorney General

<u>*/s/ Caitlin M. Madden*</u>
CAITLIN M. MADDEN (*pro hac vice* forthcoming)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: caitlin.madden@wisdoj.gov

*Attorney for the State of Wisconsin*

FOR PLAINTIFF STATE OF WASHINGTON:

NICHOLAS W. BROWN
Attorney General of Washington
/s/ *Helen M. Lubetkin*
JONATHAN A. MARK
Division Chief, Antitrust Division
HELEN M. LUBETKIN (*pro hac vice* forthcoming)
TRAVIS A. KENNEDY (*pro hac vice* forthcoming)
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 464-7744
Fax: (206) 464-6451
Email: Jonathan.Mark@atg.wa.gov
Helen.Lubetkin@atg.wa.gov
Travis.Kennedy@atg.wa.gov

*Attorneys for the State of Washington*

*/s/ Paul J. Watford*
Paul J. Watford (SBN #183283)
Arwen R. Johnson (SBN #247583)
King & Spalding LLP
633 West 5th Street
Los Angeles, CA 90071
Telephone: (213) 443-4355
pwatford@kslaw.com
arwen.johnson@kslaw.com

Robert Hur (*pro hac vice* forthcoming)
Robert Cooper (*pro hac vice* forthcoming)
Emily Blackburn (*pro hac vice* forthcoming)
Anjelica Sarmiento (SBN #331935)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 737-0500
rhur@kslaw.com
rcooper@kslaw.com
eblackburn@kslaw.com
asarmiento@kslaw.com

Olivier N. Antoine (*pro hac vice* forthcoming)
Ross E. Elfand (*pro hac vice* forthcoming)
Joshua Hazan (*pro hac vice* forthcoming)
Soraya Todd (*pro hac vice* forthcoming)
King & Spalding LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 556-2100
oantoine@kslaw.com
relfand@kslaw.com
jhazan@kslaw.com
stodd@kslaw.com

Joshua Lipton (*pro hac vice* forthcoming)
Jamie E. France (*pro hac vice* forthcoming)
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8226
jlipton@gibsondunn.com
jfrance@gibsondunn.com

*Counsel for Defendants Platinum Equity and PlayPower*

/s/ Gregory Heltzer
Gregory Heltzer (*pro hac vice* forthcoming)
McDermott Will & Schulte
500 North Capitol Street, N.W.
Washington, D.C. 20001
Tel: (202) 756-8178
gheltzer@mcdermottlaw.com

*Counsel for Defendants Burke and Bertram Capital*

**FILER'S ATTESTATION**

I, Nathan Brenner, am the ECF User whose ID and password are being used to file this Stipulation for a Temporary Restraining Order and [Proposed Order]. In Compliance with Civil Local Rule 5-1 (i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *<u>/s/ Nathan Brenner</u>*
Nathan Brenner