NATHAN BRENNER, Ill. Bar No. 6317564
ROHAN K. PAI, DC Bar No. 1015652
STEPHEN W. RODGER, DC Bar No. 485518
ALBERT TENG, DC Bar No. 1021115
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 876-5626
*nbrenner@ftc.gov; rpai@ftc.gov; srodger@ftc.gov; ateng@ftc.gov*

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF ILLINOIS, STATE OF NEVADA, STATE OF NORTH CAROLINA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF WASHINGTON**, and **STATE OF WISCONSIN**<br><br>Plaintiffs,<br><br>v.<br><br>**PLAYPOWER, INC., PLAYPOWER HOLDINGS, INC., PLATINUM EQUITY ADVISORS, LLC, PLATINUM EQUITY CAPITAL PARTNERS VI, L.P., ADVANCE HOLDINGS II, LLC, BCI ACQUISITIONS, INC., BCI BURKE COMPANY, LLC, BERTRAM GROWTH CAPITAL IV, L.P., BERTRAM GROWTH CAPITAL IV-A, L.P.**, and **BERTRAM CAPITAL MANAGEMENT, LLC**<br><br>Defendants. | Case No.: 3:26-cv-12072-RFL<br><br>**NOTICE OF DISMISSAL** |

In view of Defendants' termination of their agreement and plan of merger on October 24, 2026 and Defendant Platinum Equity's withdrawal of their Hart-Scott-Rodino Notification and Report Form for this proposed transaction on October 25, 2026, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss without prejudice their claims asserted in this action against Defendants.

Dated: October 26, 2026

Of counsel:

DANIEL GUARNERA
Director
Bureau of Competition
NY Bar No. 5346937

TAYLOR C. HOOGENDOORN
Deputy Director
Bureau of Competition
TX Bar No. 24130794

Respectfully submitted,

*/s/ Nathan Brenner*

NATHAN BRENNER (IL Bar No. 6317564)
Chief Trial Counsel
Bureau of Competition

ROHAN K. PAI (DC Bar No. 1015652)
Assistant Director
Mergers IV Division

STEPHEN W. RODGER (DC Bar No. 485518)
Deputy Assistant Director
Mergers IV Division

ALBERT TENG (DC Bar No. 1021115)
ALEXANDER BRYSON (VA Bar No. 85737)
ARTHUR DURST (VA Bar No. 87485)
CHRISTOPHER HARRIS (DC Bar No. 1044088)
CLIFFORD HWANG (DC Bar No. 1722045)
DAPHNE LIN (DC Bar No. 1697526)
ERIC OLSON (DC Bar No. 1708530)
HARRIS ROTHMAN (NY Bar No. 5780283)
WILLIAM SOHN (DC Bar No. 1017274)
JEANANN TABBAA (DC Bar No. 1721110)

*Attorneys for Plaintiff*
*Federal Trade Commission*

FOR PLAINTIFF STATE OF ARIZONA:

KRISTIN K. MAYES
Attorney General

/s/ Allison Weber
ALLISON WEBER (*pro hac vice* forthcoming)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
400 W Congress Street Suite 315
Tucson, AZ 85701

Telephone: (602) 542-3725
Email: allison.weber@azag.gov

*Attorney for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF CALIFORNIA:

*/s/ Susan J. Welch*
Susan J. Welch (SBN 232620)
Paula L. Blizzard (SBN 207920)
Matthew E. Delgado (SBN 306999)
Natalie Susan Manzo (SBN 155655)

CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7014
(415) 510-4400
Susan.Welch@doj.ca.gov
Paula.Blizzard@doj.ca.gov
Matthew.Delgado@doj.ca.gov
Natalie.Manzo@doj.ca.gov

*Attorneys for Plaintiff State of California*

FOR PLAINTIFF STATE OF COLORADO:

*/s/ Aric J. Smith*
Aric J. Smith (*pro hac vice*)
Bryn A. Williams (SBN 301699)

COLORADO DEPARTMENT OF LAW
1300 Broadway, 9th Floor
Denver, CO 80203
(720) 508-6000
Aric.Smith@coag.gov
Bryn.Williams@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF ILLINOIS:

/s/ *Elizabeth L. Maxeiner*
Elizabeth L. Maxeiner (*pro hac vice*)
Paul J. Harper (*pro hac vice*)

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
115 S. LaSalle St., Floor 35
Chicago, IL 60603
(773) 590-7935
Elizabeth.maxeiner@ilag.gov
Paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF NEVADA:

<u>*/s/ Lucas J. Tucker*</u>

Lucas J. Tucker (*pro hac vice* forthcoming)
Samantha B. Feeley (*pro hac vice* forthcoming)

OFFICE OF THE NEVADA ATTORNEY GENERAL
100 N. Carson St.
Carson City, NV 89701
(775) 684-1100
ltucker@ag.nv.gov
sfeeley@ag.nv.gov

*Attorneys for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

*/s/ Charles G. White*
Charles G. White (*pro hac vice* forthcoming)
Francisco Benzoni (*pro hac vice* forthcoming)

STATE OF NORTH CAROLINA
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6000
cwhite@ncdoj.gov
fbenzoni@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OHIO:

*/s/ Steven A. Oldham*

Steven A. Oldham (*pro hac vice*)
Edward J. Olszewski (*pro hac vice*)

OHIO ATTORNEY GENERAL
ANTITRUST SECTION
30 East Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
Fax: (614) 995-0266
Steven.Oldham@OhioAGO.gov
Edward.Olszewski@OhioAGO.gov

*Attorneys for Plaintiff State of Ohio*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

*/s/ Tracy W. Wertz*
Tracy W. Wertz (*pro hac vice*)
Brandon S. Sprecher (*pro hac vice*)

OFFICE OF ATTORNEY GENERAL
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4530
twertz@attorneygeneral.gov
bsprecher@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF TENNESSEE:

*/s/ Tyler T. Corcoran*
Tyler T. Corcoran (*pro hac vice* forthcoming)
Chris Dunbar (*pro hac vice* forthcoming)
David McDowell (*pro hac vice* forthcoming)

OFFICE OF THE ATTORNEY GENERAL AND REPORTER
P.O. Box 20207
Nashville, TN 37202
(615) 741-8722
Tyler.Corcoran@ag.tn.gov
Chris.Dunbar@ag.tn.gov
David.McDowell@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

FOR PLAINTIFF STATE OF TEXAS:

*/s/ Joshua Ciampi*
Joshua Ciampi (*pro hac vice* forthcoming)
Bao Cuong Pham (*pro hac vice* forthcoming)
William Shieber (*pro hac vice* forthcoming)

STATE OF TEXAS
P.O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 936-1162
Fax: (512) 473-8301
Josh.Ciampi@oag.texas.gov
Cuong.Pham@oag.texas.gov
William.Shieber@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

FOR PLAINTIFF STATE OF WASHINGTON:

_/s/ Helen M. Lubetkin_
Helen M. Lubetkin (*pro hac vice*)
Travis A. Kennedy (*pro hac vice*)

STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-7744
Fax: (206) 464-6451
Helen.Lubetkin@atg.wa.gov
Travis.Kennedy@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

FOR PLAINTIFF STATE OF WISCONSIN:

*/s/ Caitlin M. Madden*
Caitlin M. Madden (*pro hac vice*)

WISCONSIN DEPARTMENT OF JUSTICE
PUBLIC PROTECTION UNIT
17 W. Main St.
Madison, WI 53703
(608) 267-1311
caitlin.madden@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

**<u>FILER'S ATTESTATION</u>**

I, Nathan Brenner, am the ECF User whose ID and password are being used to file this Notice of Dismissal. In Compliance with Civil Local Rule 5-1 (i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *<u>/s/ Nathan Brenner</u>*
Nathan Brenner